# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. 5:22-cv-00584-JWH-SHK | Date October 19, 2023 |
| Title *Tammy Little, et al. v. Regal Cinemas, Inc., et al.* | |

Present: The Honorable    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Daniel Tamayo for Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:  ORDER TO SHOW CAUSE RE DISMISSAL**

The Court issues this Order to Show Cause re Dismissal in view of the Bankruptcy Court's Order confirming Defendant Regal Cinemas' plan of reorganization.

In October 2022, Defendant Regal Cinemas filed a Notice of Filing Bankruptcy Petition and a Notice of Stay of Proceedings.[1] In response, in view of Regal Cinemas' bankruptcy case, the Court ordered that this action is stayed, administratively closed, and removed from the Court's active caseload.[2] The Court directed Regal Cinemas to file on or before April 14, 2023, and every six months thereafter, a Status Report advising the Court regarding the posture of its bankruptcy case.[3]

---

[1]   Notice of Automatic Stay [ECF No. 30].
[2]   *See* (In Chambers) Order [ECF No. 31].
[3]   *Id.*

On October 17, 2023, Regal Cinemas informed the Court that the United States Bankruptcy Court for the Southern District of Texas had entered an Order Approving the Debtor's Disclosure Statement and Confirming the Third Amended Joint Chapter 11 Plan of Reorganization of Cineworld Group PLC and its Debtor Subsidiaries.[4] Regal Cinemas asserts, upon information and belief, that Plaintiffs Tammy Little and L.B. "failed to file a claim against the bankruptcy for their alleged injury on July 22, 2019."[5] Regal Cinemas avers that, under the Bankruptcy Court's Order, "all personal injury claims that were not filed against the bankruptcy should be discharged."[6]

In view of the Bankruptcy Court's Order and the apparent discharge of Plaintiffs' claims against Regal Cinemas, the Court hereby **ORDERS** as follows:

1. Each party is **DIRECTED** to file on or before November 3, 2023, a written response to this OSC explaining why this Court should or should not dismiss this action with prejudice.

2. A hearing on this OSC is **SET** for November 17, 2023, at 11:00 a.m. Plaintiff Tammy Little is **DIRECTED** to appear in person at that time in Courtroom 9D of the Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street, Santa Ana, California. Little's failure to appear will result in the dismissal of this action with prejudice.

**IT IS SO ORDERED.**

---

[4] Status Report as to Bankruptcy of Defendant [ECF No. 33] 2:2-6.
[5] *Id.* at 2:7-8.
[6] *Id.* at 2:9-11; *see also id.*, Ex. A [ECF No. 33-1] ¶ 163.