UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:22-cv-00584-JWH(SHKx) | Date | November 17, 2023 |
|---|---|---|---|
| Title | *Tammy Little et al v. Regal Cinemas, Inc., et al.* | | |

Present: The Honorable  JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO APPEAR AT NOVEMBER 17, 2023, OSC HEARING

On October 19, 2023, the Court issued an Order to Show Cause re Dismissal and set the hearing on the OSC for November 17, 2023, at 11:00 a.m., in person. On November 17, 2023, Lily Nhan, counsel for Defendant Regal Cinemas, Inc., *et al*, did not appear in court. Accordingly, the Court **ORDERS** Ms. Nhan to show cause why she should not be sanctioned in the amount of $500 for failure to appear at the Court-ordered OSC hearing.

Ms. Nhan is **DIRECTED** to respond in writing on or before December 1, 2023. Failure to respond, or an unsatisfactory response, may result in the imposition of sanctions against counsel.

The Court **SETS** a hearing on this Order to Show Cause for December 15, 2023, at 11:00 a.m., in person.

**IT IS SO ORDERED.**